## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL JACKSON, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. CIV-08-602-M |
| GREG PROVINCE, | ) ) ) |
| Respondent. | ) ) |

### ORDER

On July 2, 2008, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus.  The Magistrate Judge recommended that the Petition for a Writ of Habeas Corpus be dismissed without prejudice to refiling in the Northern District of Oklahoma. Petitioner was advised of his right to object to the Report and Recommendation by July 22, 2008.  A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on July 2, 2008, and

(2) DISMISSES the Petition for a Writ of Habeas Corpus without prejudice to refiling in the Northern District of Oklahoma.

**IT IS SO ORDERED this 8th day of August, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE